SEYFARTH SHAW LLP
Christopher C. Larkin (SBN 119950)
E-mail:  clarkin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
LIFEWORKS TECHNOLOGY GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TARGUS GROUP INTERNATIONAL, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LIFEWORKS TECHNOLOGY GROUP, LLC, a New York limited liability company,<br><br>        Defendant. | **Case No. SACV 14-01518 JVS (RNBx)**<br><br>**STIPULATION TO CONTINUE RULE 26(F) SCHEDULING CONFERENCE AND EXTEND RELATED DEADLINES**<br><br>Current Date: March 9, 2015<br>Proposed New Date: April 13, 2015<br><br>Hon. James V. Selna |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiff Targus Group International, Inc. and defendant Lifeworks Technology Group, LLC, pursuant to the Court's October 27, 2014 Order Setting Rule 26(f) Scheduling Conference and subject to the Court's approval, that the Rule 26(f) Scheduling Conference currently set for March 9, 2015 at 11:30 a.m. be continued to April 13, 2015, and that the parties' deadlines to serve their initial disclosures and to file their Joint Rule 26(f) Report be extended accordingly.

1  This is the first continuance of the Scheduling Conference sought by the parties. Defendant previously received a 30-day extension of time to respond to the initial complaint pursuant to Local Rule 8-3, which did not require approval of the Court.

There is good cause for continuing the Scheduling Conference and extending the related deadlines as requested.  Since shortly after the initiation of this action, the parties have been engaged in settlement discussions, have exchanged written settlement proposals, have resolved certain issues, are committed to resolving this matter without further litigation, and believe that a settlement can be reached.

The parties' Rule 26 initial disclosures and their joint Rule 26(f) Report are currently due on March 2, 2015.  Because the parties are actively discussing settlement, they request a continuance of the Rule 26(f) Scheduling Conference and associated deadlines to permit them to focus their efforts on reaching an agreement and to avoid the expenditures of Court and party resources if the parties' settlement can be finalized.

Respectfully submitted,

SEYFARTH SHAW LLP

Dated: February 25, 2015        By:         /s/ Christopher C. Larkin
                                    Christopher C. Larkin
                                    Attorneys for Defendant
                                    LIFEWORKS TECHNOLOGY GROUP, LLC

ONE LLP

Dated: February 25, 2015        By:         /s/ Peter R. Afrasiabi
                                    Peter R. Afrasiabi
                                    Attorneys for Plaintiff
                                    TARGUS GROUP INTERNATIONAL

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Christopher C. Larkin, hereby attest that
2  all signatories on whose behalf this filing is submitted concur in the filing's content and
3  have authorized the filing.

                                            /s/ Christopher C. Larkin
                                  CHRISTOPHER C. LARKIN

STIPULATION TO CONTINUE RULE 26(F) SCHEDULING CONFERENCE AND EXTEND RELATED DEADLINES