Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Kainoa Asuega (Bar No. 279463)
kasuega@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Plaintiff,
Targus Group International, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TARGUS GROUP INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIFEWORKS TECHNOLOGY GROUP, LLC, a New York limited liability company,<br><br>Defendant. | Case No. SACV14-01518-JVS (RNBx)<br>Hon. James V. Selna<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**[PROPOSED] ORDER**

1 | Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the above-captioned action is dismissed in its entirety, inclusive of all claims, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  April 28, 2015

_____
Hon. James V. Selna
United States District Judge